IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 27 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 11-74-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER QUASHING WARRANT and DISMISSING WITH PREJUDICE PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION |
| ADRIAN URIAH BROKEN ROPE, | |
| Defendant. | |

Upon the United States' Motion to Quash Arrest Warrant and Dismiss Petition for Warrant for Offender Under Supervision with Prejudice (Doc. 68), and for good cause shown,

IT IS HEREBY ORDERED that the warrant (Doc. 67) issued in this case is **QUASHED**, and the petition for warrant for offender under supervision (Doc. 66) is **DISMISSED WITH PREJUDICE**.

DATED this 27th day of March, 2019.

SUSAN P. WATTERS
United States District Judge

1